FILED

2026 May-06 PM 02:06
CLC/JSW: MSY DISTRICT COURT
HBO CJ # 8 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| JADARRIUS MARTEZ DUNCAN, | ) |
| AJA DENAE MOTON, and | ) |
| RONSTRACO DE'MARTEZ JOHNSON | ) |

## INDICTMENT

### COUNT ONE
*Conspiracy to Possess with Intent to Distribute Methamphetamine and Fentanyl*
**[21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), and (b)(1)(C)]**

The Grand Jury charges that:

Beginning on or about the 1st day of October 2025, and continuing to on or about the 4th day of December 2025, with more exact dates being unknown to the Grand Jury, within the Northern District of Alabama, in Jefferson County and elsewhere, the defendants,

**JADARRIUS MARTEZ DUNCAN,**
**AJA DENAE MOTON,**
**and**
**RONSTRACO DE'MARTEZ JOHNSON**

did knowingly and intentionally combine, conspire, and agree with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with the intent to distribute a controlled substance, such conspiracy involving fifty (50) or more grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and such conspiracy involving a mixture and substance containing a detectable amount of N-

Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

The Grand Jury makes the following special findings as to the amounts of methamphetamine and fentanyl involved in the conspiracy:

a.  With respect to the defendant **JADARRIUS MARTEZ DUNCAN**, the amount of controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) or more grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C);

b.  With respect to the defendant **AJA DENAE MOTON**, the amount of controlled substances involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her is involving fifty (50) or more grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C);

c.  With respect to defendant **RONSTRACO DE'MARTEZ JOHNSON**, the amount of controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonable foreseeable to him, is involving fifty (50) or more grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C);

all in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
*Possession with Intent to Distribute Methamphetamine and Fentanyl*
**[21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 4th day of December 2025, in Jefferson County, within the Northern District of Alabama, the defendants,

**JADARRIUS MARTEZ DUNCAN**
**and**
**AJA DENAE MOTON**

did knowingly and intentionally possess with the intent to distribute a controlled substance, such offense involving fifty (50) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); and a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT THREE**
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
**[18 U.S.C. § 924(c)(1)(A)]**

The Grand Jury charges that:

On or about the 4th day of December 2025, in Jefferson County, within the Northern District of Alabama, the defendant,

**JADARRIUS MARTEZ DUNCAN,**

did knowingly possess a firearm, that is: a **Glock 17 9 mm pistol**, a **Glock 21 .45 caliber pistol**,  and an **American Tactical MilSport .556 AR-style pistol,** in

furtherance of a drug trafficking crime for which he may be prosecuted in the United States, that is, the drug trafficking offenses alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT FOUR
*Felon in Possession of a Firearm*
**[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 4th day of December 2025, in Jefferson County, within the Northern District of Alabama, the defendant,

**JADARRIUS MARTEZ DUNCAN,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is: a **9 mm Glock 17 pistol**, a **.45 caliber Glock 21  pistol**,  and an **.556  caliber American Tactical MilSport AR-style pistol**, and the firearm was in and affecting interstate and foreign commerce in violation of Title 18, United States Code, Section 922(g)(1).

**JADARRIUS MARTEZ DUNCAN** was previously convicted on December 4, 2014, in the Circuit Court of Jefferson County, Alabama, of the offense of **Robbery**, **First Degree**, in case number CC 14-585; and was convicted on December 17, 2014, in the Circuit Court of Jefferson County, Alabama of the offense of **Robbery, First Degree**, in case number CC 14-1531; and was convicted on December 17, 2014 in the Circuit Court of Jefferson County, Alabama, of **Robbery, First Degree**, in case number CC 14-1531; and was convicted on December 17, 2014, in the Circuit Court of Jefferson County, Alabama, of **Robbery, First Degree**, in case number CC 14-1532, each of these offenses being crimes punishable by

imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## FIRST NOTICE OF FORFEITURE
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations in Counts 1–4 of this Indictment are re-alleged and incorporated by to allege forfeitures in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Counts 3 and 4 of this Indictment, **JADARRIUS MARTEZ DUNCAN** shall forfeit to the United States of America, in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of those offenses and any monetary proceeds from the same, including but not limited to:

1. **a 9 mm pistol Glock 17 (S/N AGNB837),**
2. **a .45 caliber Glock 21 pistol (S/N AHFR145),**
3. **a .556 caliber American Tactical MilSport AR-style pistol (S/N MSA128956), and**
4. **Any associated ammunition and magazines,**

## SECOND NOTICE OF FORFEITURE
### [21 U.S.C. § 853]

The allegations in Counts 1–4 of this Indictment are hereby realleged and incorporated by reference to allege forfeitures in accordance with Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants, **JADARRIUS MARTEZ DUNCAN, AJA DENAE MOTON**, and

**RONSTRACO DE'MARTEZ JOHNSON** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense (including all cash proceeds recovered by law enforcement from Duncan's and Moton's residence). If any of the property described above, as a result of any act or omission of any defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

CATHERINE L. CROSBY
Acting United States Attorney

*/s/ Electronic Signature*
SCOTT WOODARD
Assistant United States Attorney